COURT OF APPEALS

                                       SECOND DISTRICT OF TEXAS

                                                   FORT WORTH 

 

                                        NO.
2-10-051-CV

 

JOSEPH C. CAMPBELL                                                         APPELLANT

 

                                                   V.

 

TOHNNI JONES                                                                     APPELLEE

                                               ----------

                 FROM COUNTY COURT AT LAW OF
WISE COUNTY

                                               ----------

                 MEMORANDUM
OPINION[1] AND
JUDGMENT

                                               ----------

We have
considered the AMotion By
Appellant To Dismiss Appeal.@  It is the court=s
opinion that the motion should be granted; therefore, we dismiss
the appeal.  See Tex. R. App. P.
42.1(a)(1), 43.2(f).

Costs of
the appeal shall be paid by appellant, for which let execution issue.  See Tex. R. App. P. 42.1(d). 

 

PER CURIAM

PANEL:  MCCOY, LIVINGSTON, and
MEIER, JJ.

 

DELIVERED:  March 25, 2010











[1]See Tex. R. App. P. 47.4.